MISS SUSAN, INC., et al., Appellants and Respondents, v. ENTER-PRISE & CENTURY UNDERGARMENT CO., INC., Respondent and Appellant.

Submitted March 1, 1948; decided March 18, 1948.

Motion by plaintiffs for reargument denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 512.]